**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **TRINITY WORLD OUTREACH CENTER, INC.,** | § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § | **Civil Action No. 3:24-CV-00001-RGJ-CHL** |
| **BROTHERHOOD MUTUAL INSURANCE COMPANY,** | § § § | |
| **Defendant.** | § § | |

**JOINT NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff Trinity World Outreach Center, Inc., (hereinafter "Plaintiff") and Defendant, Brotherhood Mutual Insurance Company ("Defendant"), in the above-styled and numbered action, and hereby notify the Court that the Parties have reached a settlement of this lawsuit and all claims asserted therein.  The Parties are in the process of memorializing the terms and conditions of their settlement and expect to file dismissal documents in the next sixty (60) days.

Respectfully submitted,

**GREEN KLEIN WOOD & JONES**

By:  */s/    William T. Jones, Jr.*
WILLIAM T. JONES, JR.*
Texas State Bar No.: 24032601
bjones@greentriallaw.com
DELARAM FALSAFI *
Texas State Bar No.: 24113083
falsafi@greentriallaw.com
* Admitted Pro Hac Vice
408 E. 7th Street
Houston, Texas 77007
Telephone: (713) 654-9222
Facsimile: (713) 654-2155

-and-

*/s/ Phillip G. Fairbanks*
PHILLIP G. FAIRBANKS
Kentucky Bar No.: 91994
MEHR FAIRBANKS TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
pgf@austinmehr.com

**ATTORNEYS FOR PLAINTIFF**

-and-

**GATLIN VOELKER, PLLC**


By:     /s/*John C. Scott (signed by permission)*
        John C. Scott, #99379
        Oliver P. Wilhite, #99462
        720 East Pete Rose Way, Suite 300
        Cincinnati, Ohio 45202
        Telephone: (513) 977-9003
        jscott@gatlinvoelker.com
        owilhite@gatlinvoelker.com

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August 2025, this document filed through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) to:

John C. Scott
Oliver P. Wilhite
GATLIN VOELKER, PLLC
720 East Pete Rose Way, Suite 300
Cincinnati, Ohio 45202
Telephone: (513) 977-9003
jscott@gatlinvoelker.com
owilhite@gatlinvoelker.com

**ATTORNEYS FOR DEFENDANT**

*/s/    William T. Jones, Jr.*
WILLIAM T. JONES, JR.