**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| TRINITY WORLD OUTREACH CENTER, INC. | : | CASE NO. 3:24-cv-001 |
| | : | |
| | : | JUDGE JENNINGS |
| Plaintiff | : | MAG. JUDGE LINDSAY |
| | : | |
| v. | : | **ENTRY OF DISMISSAL** |
| | : | |
| BROTHERHOOD MUTUAL INSURANCE COMPANY | : | |
| | : | |
| | : | |
| Defendant | : | |

The within cause having been fully compromised, paid and settled, all causes of action herein pending are hereby dismissed with prejudice, to all future filing, without record.

/s/ William T. Jones, Jr., per auth 09/22/25
WILLIAM T. JONES, JR., PHV
Co-Counsel for Plaintiff
GREEN KLEIN & WOOD
408 East 7th Street
Houston, Texas 77007
bjones@greentriallaw.com
(713) 654-9222

/s/ John C. Scott
JOHN C. SCOTT, #99379
OLIVER P. WILHITE,  #99462
Attorneys for Defendant
GATLIN VOELKER. PLLC
720 East Pete Rose Way, Suite 300
Cincinnati, Ohio  45202
jscott@gatlinvoelker.com
owilhite@gatlinvoelker.com
(513) 421-7500

September 24, 2025

Rebecca Grady Jennings, District Judge
United States District Court